BENJAMIN H. ROTH et al., Copartners under the Name of B. H. ROTH & Co., Appellants, *v.* MILTON ZAIDENBERG, Respondent.

Submitted January 2, 1945; decided January 16, 1945.

*Henry Cohen* for motion.
*Lloyd B. Kanter* and *Thomas F. Kiely* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion on the ground that the judgment does not finally determine the action within the meaning of the Constitution.